UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| STRATO, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | COURT NO.: 22-00315 |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, STRATO, INC., (hereinafter "Plaintiff") by and through its attorney[s] of record, Givens & Johnston, PLLC, hereby files this notice of dismissal pursuant to Rule 41(a)(1)(A) of the Rules of the Court of International Trade.

1. On October 27, 2022, Plaintiff sued defendant. Plaintiff now moves to dismiss the suit.

2. Defendant, as of the date of this notice, has not served an answer nor a motion for summary judgment in this action.

3. On February 07, 2023, Plaintiff's counsel discussed with Opposing counsel, and it was agreed that Plaintiff would voluntarily dismiss the action without prejudice.

4. This case is not a class action under Rule 23(e), or an action related to an unincorporated association under Rule 23.2.

5. This case is not subject to Rule 56.2, and no receiver has been appointed in this case under Rule 66.

6. Plaintiff has not previously dismissed any federal—or state court suit based on or including the same claims as those presented in this case.

7. This case is not governed by any federal statute that requires a court order for the dismissal of the case.

We hereby request the Court dismiss this action without prejudice.

Respectfully submitted,

Dated: February 13, 2023

/s/ Robert T. Givens
Robert T. Givens

GIVENS & JOHNSTON, PLLC
950 Echo Lane, Suite 360
Houston, TX 77024
PHONE: 713-932-1540
RTG@GJATRADELAW.COM

/s/ Matias Gallegos
Matias Gallegos
GIVENS & JOHNSTON, PLLC
950 Echo Lane, Suite 360
Houston, TX 77024
PHONE: 713-932-1540
MG@GJATRADELAW.COM

*Attorneys for Strato*

## ORDER OF DISMISSAL

This action, *Strato Inc. vs. The United States of America*, Court No. 22-00315, having been voluntarily noticed for dismissal by plaintiff pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, is dismissed without prejudice.

Dated: February 13, 2023

Clerk, U. S. Court of International Trade
By: /s/ Steve Taronji
Deputy Clerk